# WAIVER OF SERVICE OF SUMMONS

TO: <u>Adam Virant</u>

    I acknowledge receipt of your request that I waive service of a summons in the action of <u>Bean v. Iron Mountain Information Management, Inc.</u> which is case number **07-cv-10384** in the **United States District Court for the Southern District of New York**. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with the judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **November 20, 2007**, or within 90 after that date if the request was sent outside the United States.

<u>December 20, 2007</u>
Date

Signature _/s/ Matthew A. Steinberg_
Printed/typed name:
MATTHEW A. STEINBERG, ESQ.
JACKSON LEWIS LLP
{as <u>Attorneys</u>           }
{of <u>Record for Defendant</u> }