JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
Telephone: (212) 545-4000
Facsimile: (212) 972-3213
Attorneys of Record:
    Eric P. Simon (ES 7002)
    Matthew A. Steinberg (MS 3979)

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CHESTER BEAN,

                Plaintiff,

       v.                       Case No. 07 CV 10384 (HB)

IRON MOUNTAIN INFORMATION       **RULE 7.1 STATEMENT**
MANAGEMENT, INC.,

                Defendant.
-------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record hereby certify that: (a) Defendant Iron Mountain Information Management, Inc. is a wholly-owned subsidiary of Iron Mountain, Inc.; (b) Iron Mountain, Inc. is publicly-traded on the New York Stock Exchange (NYSE: IRM); and (c) no publicly-held corporations or entities own more than 10 percent of Iron Mountain, Inc.'s stock.

                                     Respectfully submitted,

                                     JACKSON LEWIS LLP
                                     59 Maiden Lane, 39th Floor
                                     New York, New York 10038
                                     Telephone: (212) 545-4000
                                     Facsimile: (212) 972-3213

By: *[signature: Eric Simon]*
                                     Eric P. Simon (ES 7002)
                                     Matthew A. Steinberg (MS 3979)

                                     ATTORNEYS FOR DEFENDANT

Dated: New York, New York
       January 17, 2008