JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
Telephone: (212) 545-4000
Facsimile: (212) 972-3213
Attorneys of Record:
    Eric P. Simon (ES 7002)
    Matthew A. Steinberg (MS 3979)

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHESTER BEAN,

                Plaintiff,

      v.

IRON MOUNTAIN INFORMATION          Case No. 07 CV 10384 (HB)
MANAGEMENT, INC.,

                Defendant.
------------------------------------------------------------x

## NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT

PLEASE TAKE NOTICE, that upon the accompanying Affidavit of Eric P. Simon, Esq. and Memorandum of Law, the undersigned counsel for Defendant Iron Mountain Information Management, Inc. (referred to herein as "Defendant") will move this Court before the Honorable Harold Baer, Jr., United States District Court Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order dismissing Plaintiff's Complaint, in its entirety and with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

-2-

                Respectfully submitted,

                JACKSON LEWIS LLP
                    59 Maiden Lane
                    New York, New York 10038-4502
                    (212) 545-4000

By: _____
                Eric P. Simon (ES 7002)
                Matthew A. Steinberg (MS 3979)

                ATTORNEYS FOR DEFENDANT

Dated:  January 17, 2008
         New York, New York

## CERTIFICATE OF SERVICE

  I hereby certify that on January 18, 2008, a true and correct copy of the foregoing Notice of Motion Complaint was served on Plaintiff's counsel Adam C. Virant, Esq., via Federal Express Overnight Mail, at his address of record located at Karpf, Karpf & Virant, 140 Broadway, 46th Floor, New York, New York 10005.

_____
Matthew A. Steinberg, Esq