## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHESTER BEAN | : |
| | : **CIVIL ACTION** |
| Plaintiff, | : |
| | : |
| v. | : **CASE NO.: 07-10384** $(\text{Hr})$ |
| | : |
| IRON MOUNTAIN INFORMATION | : |
| MANAGEMENT, INC. | : |
| | : |
| Defendant. | : |
| | : |

## VOLUNTARY NOTICE OF DISMISSAL

Plaintiff, by and through his undersigned counsel, hereby serves this Voluntary

Notice of Dismissal, pursuant to Fed.R.Civ.P. 41(a)(1), dismissing the above-captioned

matter against Defendant without prejudice.

Respectfully submitted,

**KARPF, KARPF & VIRANT**

Adam C. Virant (AV5429)

Date: February 6, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____